# United States District Court

Central Division for the District of Utah

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Rex Bagley

v.

West Valley City et al

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

OCT 03 2013

D. MARK JONES, CLERK

BY _____

DEPUTY CLERK

Case Number: 2:13-cv-00897-TS

Having considered the application to proceed without prepayment of fees under 28 U.S.C. 1915;

IT IS ORDERED that the application is:

☒ GRANTED.

☐ DENIED, for the following reasons:

ENTER this ___3d___ day of ___October___ , 20 _13_

_____
*Signature of Judicial Officer*

_____
Evelyn J. Furse, U.S. Magistrate Judge
*Name and Title of Judicial Officer*